NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**STEVEN C. KELLY,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

2012-7024

Appeal from the United States Court of Appeals for Veterans Claims in case no. 10-2430, Judge John J. Farley, III.

## ON MOTION

## O R D E R

Steven C. Kelly moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

DEC 1 2 2011
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Steven C. Kelly
     Jeanne E. Davidson, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 1 2 2011

JAN HORBALY
CLERK